**Order entered October 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01649-CR
No. 05-12-01651-CR

**RODNEY DEON SAMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-53201-K, F11-53164-K**

## ORDER

The Court **REINSTATES** the appeals.

On February 28, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed in these appeals. The findings were due within thirty days. Although court reporter Yolanda Atkins filed, on April 26, 2013, a request for an extension of time to file the reporter's record, she did not tender the reporter's record with the extension request. Moreover, the extension request indicates court reporter Karren Jones recorded a portion of the record, and Ms. Jones has not tendered any portion of the record, either. When we did not receive the findings or the reporter's record by July 29, 2013, the Court again ordered the Honorable Dominique Collins, Presiding Judge of the Criminal District Court No. 4 to make findings regarding why the reporter's record has not been filed. Although the findings were due by August 28, 2013, to date we have not received the findings or the reporter's record, nor have

we received any communication from the trial court or anyone else regarding the status of the reporter's record. The appeals cannot proceed until the issue of the reporter's record is resolved.

Because we have not received the reporter's record, we **DENY** as moot the April 26, 2013 request for an extension of time to file the reporter's record.

The Court **ORDERS** the Honorable Dominique Collins, Presiding Judge of the Criminal District Court No. 4, to make findings of fact regarding whether appellant has been deprived of the reporter's record because of ineffective counsel, indigence, or for any other reason.

- The Honorable Dominique Collins shall first determine whether appellant desires to prosecute the appeals. If the Honorable Dominique Collins determines that appellant does not desire to prosecute the appeals, she shall make a finding to that effect.

- If the Honorable Dominique Collins determines that appellant desires to prosecute the appeals, she shall next determine whether appellant is indigent and entitled to proceed without payment of costs for the reporter's record. If appellant is entitled to proceed without payment of costs, the Honorable Dominique Collins shall make a finding to that effect. Moreover, if appellant is indigent, the Honorable Dominique Collins is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the Honorable Dominique Collins finds appellant is not indigent, she shall determine whether retained counsel has abandoned the appeals.

- The Honorable Dominique Collins shall next determine: (1) the name and address of each court reporter who recorded the proceedings in this cause; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

We **ORDER** the Honorable Dominique Collins to transmit a supplemental record, containing the written findings of fact, any supporting documentation, and any orders, to this Court by **NOVEMBER 1, 2013**.

**FAILURE OF THE HONORABLE DOMINIQUE COLLINS, PRESIDING JUDGE OF THE CRIMINAL DISTRICT COURT, TO TRANSMIT THE SUPPLEMENTAL RECORD CONTAINING THE FINDINGS BY THE DATE HEREIN SET FORTH MAY RESULT IN THE ISSUANCE OF A SHOW CAUSE ORDER AND/OR A JUDGMENT OF CONTEMPT.**

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; court reporters Yolanda Atkins and Karren Jones; and to counsel for all parties.

We **ABATE** the appeals to allow the Honorable Dominique Collins to comply with this order. The appeals shall be reinstated on November 1, 2013 or when the supplemental record is received, whichever is earlier.

/s/    LANA MYERS
       JUSTICE